USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Linda Crosby,

                    Plaintiff,

-against-

Victor Inada M.D., et al.,

                    Defendants.

1:20-cv-00330 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled initial conference on April 16, 2020 at 10:00 a.m. (*see* ECF No. 30) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

No later than Friday, March 20, 2020, Plaintiff shall serve this Order upon Defendants' counsel.

**SO ORDERED.**

DATED:    New York, New York
              March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge