```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Linda Crosby,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:20-cv-00330 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Pursuant to the Court's Individual Practices, any opposition to Defendant's April 2, 2021 Letter Motion for Discovery Conference (ECF No. 31) was due on Wednesday, April 7, 2021. Plaintiff's deadline to oppose Defendant's Letter Motion is hereby extended, *nunc pro tunc*, to Wednesday, April 14, 2021. If the Court has not received opposition papers by that date, it will treat Defendant's Letter Motion as unopposed.

**SO ORDERED.**

DATED:    New York, New York
              April 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge