**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____         │
│ DATE FILED: 10/22/2021       │
└─────────────────────────────┘
```

Linda Crosby,

                                            Plaintiff,

                -against-

United States of America,

                                            Defendant.

**1:20-cv-00330 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:        New York, New York
              October 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge